# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/01/2024 14:52 EDT                                                                                                   Page 1 of 5

**CASE NUMBER**
NF07QT24NF0004

**CASE OPENED**
6/16/2024

**CURRENT CASE TITLE**
Lucas KELLER

**REPORT TITLE**
iPhone 8 & iPhone 11: Sample of CSAM Files Found on Devices

**REPORTED BY**
Kristen Brewer
SPECIAL AGENT

**APPROVED BY**
Adriana Mirarchi
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
10/1/2024

**SYNOPSIS**

In May 2024, Homeland Security Investigations (HSI) Norfolk was notified by U.S. Federal Probation that Lucas KELLER was in violation of federal probation and was in possession of unapproved electronic devices which potentially contained sexual abuse material (CSAM). In 2020, KELLER was convicted in U.S. District Court in the Eastern District of Virginia for Access with Intent to View Images of Minors Engaging in Sexually Explicit Conduct.

This Report of Investigation (ROI) documents a sample of media containing child sexual abuse material found on an iPhone 8 & iPhone 11 belonging to Lucas KELLER.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Lucas KELLER | NF07QT24NF0004-003 | 10/1/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA000021

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/01/2024 14:52 EDT                                                                                              Page 2 of 5

## DETAILS OF INVESTIGATION

On April 8, 2024, the United States District Court in the Eastern District of Virginia, Norfolk Division approved a United States Probation Office (USPO) search of KELLER's residence located at ███████████████████████ Portsmouth, VA 23702.

On May 29, 2024, U.S. Probation Officer (USPO) Courtney Lopez and Lance Hall made initial contact with KELLER outside his treatment provider's address in Norfolk, Virginia. KELLER was advised by USPO Courtney Lopez and Lance Hall that the USPO has established reasonable suspicion to conduct a search, pursuant to Special Condition, and a Search & Seizure team will be conducting a search of his vehicle and residence for unapproved internet devices.

KELLER initially denied any such unapproved internet capable devices. KELLER then admitted he was in possession of a Black iPhone 11 (Serial No. F4HCG0FBN72Q). This was an unapproved device not known the USPO. Keller retrieved the iPhone 11 from the console of his vehicle and provided to USPOs along with the password. Keller denied that he had any other unapproved smartphones or internet devices in his residence, bedroom, or vehicle.

During a search of KELLER's residence two (2) unapproved devices were found in KELLER's bedroom.

The iPhone 8 Plus (Serial No. FD5VF4NGJCM0) and iPhone 6s (Serial No. F4GQB81NGRY9). The iPhone 8 was found under the mattress of KELLER's bed/chair. KELLER later admitted to possessing the device.

The iPhone 6 was found hidden in a stereo in KELLER's bedroom. KELLER admitted he possessed and used this phone soon after his release from Bureau of Prison's custody in 2020. For full detail of the search of KELLER's residence refer to USPO case report.

These devices were turned over to Homeland Security Investigations (HSI) in Norfolk, Virginia.

On June 14, 2024, HSI Special Agent (SA) Kristen Brewer applied for and was granted a federal search warrant in United States District Court in the Eastern District of Virginia in Norfolk, Virginia for all three cell phone devices.

Forensics of the devices and review of the media are ongoing. The following are descriptions and information about some of the media files that have been reviewed from two of the iPhones.

**A video file from the iPhone 8 was reviewed by SA Brewer:**

File name: 82A11859-461E-46EE-A9AA-308D41D91953.webm

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Lucas KELLER | NF07QT24NF0004-003 | 10/1/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA000022

# DEPARTMENT OF HOMELAND SECURITY

### HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

10/01/2024 14:52 EDT                                                                                          Page 3 of 5

File path: 77b537994d6e6c10d3210265e57cc277c6193401_files_full.zip\private\var\mobile\Library\Photos\Libraries\Syndication.photoslibrary\scopes\syndication\originals\8

Last Accessed: 10/3/2023 1:51:09 PM

File Description: Female child seen nude on her on your hands and knees. A nude adult male is seen kneeling in front of the child orally penetrating her with his erect penis while a nude adult male is seen kneeling behind the child pressing his genital area against her genital area (Agent's note, the angle of the video does not allow the agent to determine if the male behind the child is penetrating her).

Agent's note: A video file was observed by SA Brewer from the iPhone 11 with file name, 08FC51EE-EB41-438A-B995-7F1E410391BC.webm with an access date of 04/22/2024 4:15:25 PM that contained the same content describer for video file, 82A11859-461E-46EE-A9AA-308D41D91953.webm, seen from the iPhone 8.

**A video file from the iPhone 8 was reviewed by SA Brewer:**

File Name: E1413BF8-DAA6-4A08-8CAB-8A80B85146E2.webm

File Path:

77b537994d6e6c10d3210265e57cc277c6193401_files_full.zip\private\var\mobile\Library\Photos\Libraries\Syndication.photoslibrary\scopes\syndication\originals\E

Last Accessed Date: 10/3/2023 1:47:53 PM

File Description: Female child seen nude from the waist down with her legs pulled apart with her genitalia exposed. Adult male seen nude from the waist down anally penetrating her with his penis.

**A video file from the iPhone 8 was reviewed by SA Brewer:**

File name: 3BFD960E-9F6D-4B1B-AA56-881834CDF720.webm

File Path: 77b537994d6e6c10d3210265e57cc277c6193401_files_full.zip\private\var\mobile\Library\Photos\Libraries\Syndication.photoslibrary\scopes\syndication\originals\5

Last Accessed: 7/26/2023 1:14:21 AM

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Lucas KELLER | NF07QT24NF0004-003 | 10/1/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

USA000023

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/01/2024 14:52 EDT  Page 4 of 5

File Description: Female child seen with her pants pulled down laying on back with dog licking her genitalia. Child seen with her pants pulled down turning to lay on her stomach with the dog licking her buttocks area. Child seen turning to lay on her back again and dog licking her genitalia. Child intermittently places her hands in her genital area. Child seen moving the focus of the camera to her exposed genital area when she is seen touching her genitalia before sitting upright.

**An image file from the iPhone 8 was review by SA Brewer**:

File Name: 71ADCEDA-B747-48DD-B3A0-7B245173D12E_4_5005_c.jpeg

File Path: 77b537994d6e6c10d3210265e57cc277c6193401_files_full.zip\private\var\mobile\Library\Photos\Libraries\Syndication.photoslibrary\scopes\syndication\resources\derivatives\masters\7

Last Accessed: 3/25/2024 2:17:53 AM

File Description: Female child seen wearing a t-shirt on her knees, kneeling before a nude adult male who is standing. The female child is seen with her hands placed against the adult male's stomach with handcuffs around her wrists while his erect penis is seen penetrating the child's mouth.

**A video file from the iPhone 11 was reviewed by SA Brewer**:

File Name: VID_20230626_192844_864.mp4

File Path:

00008030-01A215E3C09802E_files_full.zip\private\var\mobile\Containers\Data\Application\DF348433-B129-44DD-BD7F-5BB7B35C6E66\Documents\biuvckysyr\pedowoman_collection

Last Accessed: 12/4/2023 10:15:12 AM

File Description: Video is being taken of a video playing on a laptop. The video seen playing on the laptop is of an infant. The infant's head is being held while an erect penis is penetrating the infant's mouth. At one point the individual removes the erect penis from the infant's mouth. At approximately 00:11 seconds into the video the camera changes focus from the video playing on the laptop and focuses down the pants of the person holding the laptop. The video's focus then moves back to the video playing on the laptop where the individual is seen placing the erect penis back into the infant's mouth while the individual begins to move the infant's head forward and back.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Lucas KELLER | NF07QT24NF0004-003 | 10/1/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



USA000024

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/01/2024 14:52 EDT    Page 5 of 5

**An image file from the iPhone 11 was reviewed by SA Brewer:**

XMas Fun (11).JPG

File Path:

00008030-01A215E3C09802E_files_full.zip\private\var\mobile\Containers\Data\Application\DF348433-B129-44DD-BD7F-5BB7B35C6E66\Documents\FlowJas1\Pics

Last Accessed:

12/4/2023 10:12:18 AM

File Description: Child seen nude laying on her back with genitalia and genitalia area exposed. A sex toy is seen in the child's hands, with the object placed on her vaginal area.

At this time, there have been approximately 291 images files and 62 video files of child sexual abuse material found on the iPhone 8.

At this time, there have been approximately 119 Image files and 94 video files of child sexual abuse material found on the iPhone 11.

Forensics and review of devices are on-going.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Lucas KELLER | NF07QT24NF0004-003 | 10/1/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

USA000025

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.