IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

                                                        Criminal Case No. 2:24cr108

LUCAS KELLER,

        Defendant.

## **ORDER**

Upon the Unopposed Motion for Access to Relevant Portions of the United States Probation Office's File, this Honorable Court finds good cause to grant the Motion. It is therefore ORDERED that the United States Probation Office provide access and make copies of the relevant portions of its file including, but not limited to, all documents, reports, memoranda, recordings, notes, and/or communications related to the defendant's alleged possession of unauthorized and authorized electronic devices and the searches of the defendant's vehicle, person, residence, and electronic devices, including the USPO "Case Report" referenced in the search warrant application.

       ENTERED this the _____ day of October 2024.

                                                  _____
                                                  The Honorable Elizabeth W. Hanes
                                                  United States District Judge